IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
SEP 30 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | JUDGE CALABRESE |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:21 CR 693 |
| v. | ) | Title 21, United States Code, |
| | ) | Section 843(a)(3) |
| TIFFANY B. LOUCKS, | ) | |
| | ) | |
| Defendant. | ) | |

COUNT 1

(Acquiring or Obtaining Controlled Substance by Misrepresentation, Fraud, Forgery, Deception, Subterfuge, 21 U.S.C. § 843(a)(3))

The Grand Jury charges:

1. On or about August 22, 2020, in the Northern District of Ohio, Eastern Division, Defendant TIFFANY B. LOUCKS did knowingly and intentionally obtain and acquire buprenorphine (Suboxone), a Schedule III controlled substance, by misrepresentation, fraud, forgery, deception and subterfuge, to wit, acquiring buprenorphine (Suboxone) from a patient at the Department of Veterans Affairs Medical Center by falsifying patient information and diverting the buprenorphine (Suboxone) to her personal use, in violation of Title 21 United States Code, Section 843(a)(3).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.